<u>Jamie Lovins, Plaintiff</u>

*By counsel:*

Paul Martin Ryan, CA

4088 Bridge Street Suite 8

Fair Oaks, CA 95628

Dana W. Duncan, WI State Bar #01008917 (POV)

555 Birch St

Nekoosa, WI 54457

715-423-4000

<u>Nancy Berryhill, Acting Commissioner of Social Security</u>

*By counsel:*

BEN A. PORTER, WA. Bar 14195

Special Assistant United States Attorney

160 Spear Street, Suite 800

San Francisco, California 94105

Telephone: (415) 977-8979

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAMIE LOVINS,**<br><br>     **Plaintiff,**<br><br>     v.<br><br>**NANCY BERRYHILL,**<br>**Acting Commissioner of Social Security,**<br><br>     **Defendant.** | No. 2:16-cv-2150-DB<br><br>**STIPULATION AND ORDER FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. §2412(d)** |

1

Plaintiff and Defendant, by their respective counsel, stipulate to an award to Plaintiff of attorney fees in the amount of $3,672.98 and costs in the amount of $0 in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act ("EAJA") in the above case. The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521 (2010). Plaintiff and Defendant move that the court award Plaintiff EAJA fees in the amount of $3,672.98 and costs in the amount of $0.

After the court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

WHEREFORE, the parties request that the Court enter an order awarding Plaintiff attorney fees in the sum of $3,672.98 and costs in the amount of $0 in settlement of any and all claims Plaintiff may have in the matter pursuant to the Equal Access to Justice Act.

Date this 3rd day of July, 2018.

**DUNCAN DISABILITY LAW, S.C.**

*/S/ Dana W. Duncan*

Dana W. Duncan
State Bar I.D. No. 01008917
555 Birch St
Nekoosa, WI 54457
(715) 423-4000

**Law Office Of Paul M Ryan**

/s/ Paul Martin Ryan

Paul Martin Ryan
4516 Illinois Ave
Fair Oaks, CA 95628
916-837-9288

**U.S. Attorney's Office**

/s/ Ben Porter

Special Assistant United States Attorney

Dated: July 10, 2018

160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8979

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.[1]

DLB:6
DB\orders\orders.soc sec\lovins2150.stip.eaja.ord

---

[1] In light of the parties' stipulation, plaintiff's May 10, 2018 motion for EAJA fees (ECF No. 24) is denied without prejudice as having been rendered moot.

4